## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

In the Matter of:            )
                                  )   Case No. 25-01631-LMJ7

**MELISSA DOUGLASS and**
**MARK DOUGLASS**             )
                                  )   Chapter 7
        Debtor(s)            )

## TRUSTEE'S REQUEST FOR ORDER TO SHOW CAUSE HEARING

       Pursuant to the Order and Notice entered by the Court at the outset of the above- captioned case, the Chapter Trustee hereby requests the Court schedule an Order to Show Cause Hearing Why this Case Should Not Be Dismissed based on the following grounds:

_____   Failure of Debtor to file or to file timely the list of creditors.

_____ Failure of Debtor to file or to file timely the Schedules and/or Statement of Financial Affairs.

\_\_\_\_**X**_____   Failure of Debtor to attend the 11 U.S.C. section 341 meeting or to provide a verified justifiable excuse for not attending the meeting.

_____Failure of Attorney of Record for the Debtor to attend the 11 U.S.C. section 341 meeting or to provide a verified justifiable excuse for not attending the meeting.

_____ Failure of Debtor to provide the Chapter Trustee with all recorded information relating to property of the estate.

_____ Failure of Debtor to surrender to the Trustee all property of the estate.

_____ Other: _____
_____

                                        By: */s/Robert C. Gainer*_____
                                         Robert C. Gainer, Trustee

<u>CERTIFICATE OF SERVICE</u>

  The undersigned hereby certifies that on November 11, 2025, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this case; and to the below address, via USPS postage-prepaid:

Melissa Douglass
Mark Douglass
213 SW 50th Street
Ankeny, IA 50023

                  */s/ Stephanie Newton*