**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**111 Locust Street, Office 320**
**Des Moines, Iowa 50309**
**www.iasb.uscourts.gov**

In the Matter of:  Case No. 25–01631–lmj7
Melissa Douglass
Mark Douglass
Debtor(s)

**NOTICE AND ORDER REGARDING TRUSTEE'S SHOW CAUSE HEARING**
**Courtroom–Testimony**

   **YOU ARE HEREBY NOTIFIED** that the Court will conduct a hearing on **December 17, 2025** at **10:00 AM** on the following matter(s):

**Trustee's Motion for Order to Show Cause (#12).**

**Hearing Location(s):**
Courtroom 430, 4th Floor, U.S. Courthouse, 111 Locust Street, Des Moines, Iowa 50309

   **IT IS HEREBY ORDERED** that:

   (1) The parties shall be prepared to proceed on the date and time indicated above. (Attorneys shall advise their clients when client attendance is not required.) Attire and demeanor must be appropriate to the seriousness of the occasion. Only attorneys and their employees may carry cell phones and other portable communication devices into the courthouse location(s) identified above, and devices that cause audible sound must be turned off when a party is in the courtroom. When Court is in session, all discussions before and after the hearing shall take place outside the courtroom.

   (2) The attorney for the debtor(s) shall promptly advise the assigned judge's calendar/courtroom deputy of any scheduling conflict or change in attorney handling the hearing.

   (3) An attorney seeking a continuance must file a motion to continue hearing that indicates good cause for the continuance and that contains a professional or verified statement that the trustee has been contacted and either consents to or resists the motion. (Orders granting motions are the exception, not the rule.)

   (4) The time allotted for the hearing is 5 minutes.

Judge Lee M. Jackwig
United States Bankruptcy Judge

Calendar/Courtroom Deputy: Traci Sharp, 515–284–7394, tls@iasb.uscourts.gov