# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF IOWA

IN RE:                                                        CASE NO. 25-01631-lmj7

MELISSA DOUGLASS and
MARK DOUGLASS,

    Debtor(s)

## WITHDRAWAL OF TRUSTEE'S
## MOTION TO SHOW CAUSE

COMES NOW the undersigned Trustee and respectfully withdraws his Motion for Order to Show Cause filed on November 11, 2025 (dkt #12) as the Meeting of Creditors was held December 3, 2025.

Dated: December 17, 2025

                                                   Respectfully Submitted,

                                                   CUTLER LAW FIRM, P.C.

                                                   */s/ Robert C. Gainer*
                                                   Robert C. Gainer     AT0000305
                                                   1307 50th Street
                                                   West Des Moines, Iowa 50266
                                                   Telephone:     515-223-6600
                                                   Facsimile:      515-223-6787
                                                   E-mail:   rgainer@cutlerfirm.com

CERTIFICATE OF SERVICE

      I hereby certify that on December 17, 2025, the foregoing instrument was filed electronically with the Clerk of Court using the CM/ECF system which sent notification of such filing to all registered users party to this proceeding, including the United States Trustee.

                                                    /s/ *Stephanie Newton*